UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

THOMAS F. KASTON,

    Plaintiff,

v.

**JUDGMENT**

No. 5:15-CV-539-FL

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 23, 2017, and for the reasons set forth more specifically therein, that defendant's motion is granted. The final decision of the commissioner is affirmed and this matter is dismissed.

**This Judgment Filed and Entered on January 23, 2017, and Copies To:**

Jeannette M. Mandycz (via CM/ECF Notice of Electronic Filing)
Todd J. Lewellen (via CM/ECF Notice of Electronic Filing)
Thomas F. Kaston (via U.S. Mail) 5133 Stonebluff Lane, Fuquay Varina, NC 27526

January 23, 2017                        JULIE RICHARDS JOHNSTON, CLERK
                                              /s/ Christa N. Baker
                                              (By) Christa N. Baker, Deputy Clerk